# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

       Plaintiff,

v.                                 CASE NO.  4:07cv357-RH/WCS

BOYD W. HOWZE, JR., Mayor,
etc., et al.,

       Defendants.

_____/

## ORDER DISMISSING CERTAIN CLAIMS AND SUBSTITUTING
## CITY OF APALACHICOLA AS SOLE DEFENDANT

In his third amended complaint, the plaintiff asserts federal and state claims

against the mayor and against certain present and former city commissioners of the

City of Apalachicola.  The plaintiff now has made clear that he has named these

defendants only in their official capacities, not in their individual capacities.  *See*

Plaintiff's Response (document 22) at 1.

The defendants have moved to dismiss certain claims and to substitute the

City of Apalachicola as the defendant for the remaining claims.  The magistrate

judge has entered a report and recommendation concluding that the motions should

be granted.  The magistrate judge has entered an order clarifying the

recommendation.  The plaintiff has filed no objections to the report and

recommendation.

I adopt the report and recommendation as the opinion of the court with this

additional note.  An action against a public official in his or her official capacity is

equivalent (at least for present purposes) to an action against the public entity for

which the official works.  There is no need for two equivalent defendants; one will

do.  *See, e.g., Busby v. City of Orlando*, 931 F.2d 764, 776 (11th Cir. 1991)

(approving dismissal of official capacity defendants whose presence was merely

redundant to naming of institutional defendant).  The only difference between

*Busby* and the case at bar is that here the plaintiff named only officials, not the city

itself.  But this is a distinction without a difference.  Either way, the action is in

substance one against the city.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the further

opinion of the court.  The defendants' motion to dismiss (document 19) is

GRANTED.  The Ninth and Tenth Amendment claims and the state law claims are

DISMISSED.  The other federal claims remain pending.  The City of Apalachicola

is substituted for the defendant mayor and city commissioners in their official

capacities.  I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b).  The case is referred back to the magistrate judge for further

proceedings.

SO ORDERED this 4th day of June, 2008.

s/Robert L. Hinkle
Chief United States District Judge